UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

**COMMERCE BANK, N.A.,**

    Plaintiff,

vs.

Case No. 1:07-cv-589

Hon. Paul L. Maloney

**"JUICED-UP,"** her engines,
tackle, appurtenances, etc., in rem,

    Defendant.

---

| | |
|---|---|
| **BUTZEL LONG**<br>By:  **James Y. Stewart** (P32949)<br>       **C. Grant Vander Veer** (P39721)<br>25 West 8th Street, Suite 200<br>Holland, MI 49423<br>(616) 396-8860<br>**Attorneys for Plaintiff** | **MARVIN & ASSOCIATES**<br>By:  **Richard A. Marvin** (P41433)<br>4608 Plainfield Avenue, N.E.<br>Grand Rapids, MI 49525<br>(616) 447-1664<br>**Attorneys for David Allen Wesseldyk<br>d/b/a WESCO Racing Engines** |

---

### **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

In accordance with the stipulation of the parties endorsed hereon, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that interested party David Wesseldyk d/b/a WESCO Racing Engines' Verified Statement of Interest and all of claims and liens including but not limited to maritime liens are hereby dismissed with prejudice, without costs or fees.

October 1, 2007

/s/ Paul L. Maloney
_____
Paul L. Maloney
United States District Judge

000137691\0001\955029-1

BUTZEL LONG
Attorneys for Plaintiff


BY:   s/ C. Grant Vander Veer
      James Y. Stewart (P32949)
      C. Grant Vander Veer (P39721)
25 West 8th Street, Suite 200
Holland, MI 49423
(616) 396-8860


MARVIN & ASSOCIATES
Attorneys for David Wesseldyk
d/b/a WESCO Racing Engines


BY:   s/ Richard A. Marvin
      Richard A. Marvin (P41433)
4608 Plainfield Avenue, N.E.
Grand Rapids, MI 49525
(616) 447-1664